Patricia L. HIBBELER,
Petitioner/Appellant,

v.

John T. SWEENEY,
Respondent/Respondent.

No. 60496.

Missouri Court of Appeals,
Eastern District, Division One.

April 14, 1992.

Ted Frank Frapolli, Lee Allison Bonine, Mertz, Stern & Frapolli, St. Louis, for petitioner, appellant.

Allan F. Stewart, Braun, Stewart & Anderson, Inc., Clayton, for respondent, respondent.

ORDER

PER CURIAM.

This is an appeal from the trial court's order sustaining respondent's motion to dismiss on the grounds of a prior pending action in a court of concurrent jurisdiction. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).